# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00166-CV

### In re Charles Christopher Lancaster

---

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

---

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: April 9, 2020